UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE ALLEN LEWIS,

               Petitioner,

   v.

ISRAEL JACQUEZ ,

               Respondent.

CASE NO. 2:20-cv-01146-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation, Dkt. #10.

(2)    Petitioner's claim seeking release under the CARES Act is dismissed with prejudice; and

(3)    Petitioner's remaining claims are dismissed without prejudice; and

(4)    The Clerk is directed to send copies of this Order to the petitioner and to Judge Tsuchida.

ORDER OF DISMISSAL - 1

Dated this 20th day of October, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2